894

No. 78–174. M. W. Zack Metal Co. v. The Severn River et al. C. A. 3d Cir. Certiorari denied. ▮

No. 78–177. Burke, Commissioner of Education of New Jersey, et al. v. New Jersey Education Assn. et al. C. A. 3d Cir. Certiorari denied. ▮

No. 78–181. Sizemore v. United States. C. A. 6th Cir. Certiorari denied. ▮

No. 78–196. Sweeney v. Cote & Reney Lumber Co., Inc. C. A. 1st Cir. Certiorari denied.

No. 78–200. Workman v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–212. Roubas v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 78–226. Moody v. Kansas. Sup. Ct. Kan. Certiorari denied. ▮

No. 78–227. Gates v. Iowa. Ct. App. Iowa. Certiorari denied. ▮ .

No. 78–228. Florida East Coast Properties, Inc. v. Metropolitan Dade County. C. A. 5th Cir. Certiorari denied. ▮

No. 78–235. Pittsburgh & New England Trucking Co. v. United States et al. C. A. 2d Cir. Certiorari denied.

No. 78–243. Martin Theatres of Texas, Inc. v. Bullock, Comptroller of Public Accounts, et al.; and

No. 78–260. ABC Interstate Theatres, Inc. v. Bullock, Comptroller of Public Accounts, et al. Ct. Civ. App. Tex., 3d Sup. Jud. Dist. Certiorari denied. Reported below: 557 S. W. 2d 337.